SAMUEL J. FORD #36081
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200

BRUCE F. SHERMAN #5996-0
1050 Bishop Street, No. 509
Honolulu, Hawaiʻi 96813
Tel: (808) 221-0901
Email: bfs@bfshermanlaw.com

Attorneys for Plaintiff
MYLES YAMAMOTO

**UNITED STATES DISTRICT COURT**
**DISTRICT OF HAWAII**

| | |
|---|---|
| MYLES YAMAMOTO, | ) |
| Plaintiff, | ) Civil No.: 17-00579-DKW-KJM |
| v. | ) NOTICE OF VOLUNTARY |
| | ) DISMISSAL WITHOUT |
| | ) PREJUDICE |
| GMA INVESTMENTS, LLC d/b/a SUMMIT RECEIVABLES | ) |
| Defendant. | ) |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

Plaintiff, Myles Yamamoto, ("Plaintiff"), through undersigned counsel, informs this Honorable Court that Plaintiff voluntarily dismisses this case, without

prejudice. Dismissal is appropriate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) because defendant never filed responsive pleadings or a motion for summary judgment.

Date: April 26, 2018        */s/ Samuel J. Ford*
                            Samuel J. Ford, Esq. #36081

APPROVED AND SO ORDERED.

DATED: May 1, 2018 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Miles Yamamoto v. GMA Investments, LLC;* Civil No. 17-00579 DKW-KJM;
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**